MICHAEL W. BIEN – 096891
mbien@rbgg.com
VAN SWEARINGEN – 259809
vswearingen@rbgg.com
KARA J. JANSSEN – 274762
kjanssen@rbgg.com
MICHAEL S. NUNEZ – 280535
mnunez@rbgg.com
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

HABEN GIRMA – 293667
contact@habengirma.com
405 El Camino Real #209
Menlo Park, California 94025-5240
Telephone: (510) 210-3714

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPINAL ASSOCIATION; NOT DEAD YET; INSTITUTE FOR PATIENTS' RIGHTS; COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE; LONNIE VANHOOK; INGRID TISCHER,<br><br>   Plaintiffs,<br><br>   v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, in his official capacity as Governor; ROBERT BONTA in his official capacity as Attorney General; CALIFORNIA DEPARTMENT OF PUBLIC HEALTH; TOMÁS J. ARAGÓN, in his official capacity as Director and State Public Health Officer; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; MICHELLE BAASS, in her official capacity as Director; MENTAL HEALTH SERVICES OVERSIGHT AND ACCOUNTABILITY COMMISSION; MARA MADRIGAL-WEISS, in her official capacity as Chair; MEDICAL BOARD OF CALIFORNIA; KRISTINA D. LAWSON, in her official capacity as President; DISTRICT ATTORNEY'S OFFICE FOR LOS ANGELES COUNTY; GEORGE GASCON, in his official capacity as District Attorney; and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No. 2:23-cv-03107<br><br>**NOTICE OF RELATED CASE** |

[4273557.2]

NOTICE OF RELATED CASE

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Central District of California Local Rule 83-1.3.1, that this case ("*United Spinal*") is related to the ongoing case *Christian Medical & Dental Associations v. Bonta*, Case No. 5:22-cv-335 FLA (C.D. Cal., filed February 22, 2022) ("*Christian Medical*"), currently assigned to the Honorable Judge Fernando L. Aenlle-Rocha of this Court.  Local Rule 83-1.3.1 provides that cases are related when they "(a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges."  All three criteria are met here.

In this case, *United Spinal*, Plaintiff organizations and individuals allege that California's End of Life Option Act (California Health and Safety Code §§ 443-443.22, "EOLOA"), violates federal disability rights laws and is unconstitutional under the Due Process and Equal Protection Clauses of the Fourteenth Amendment of the U.S. Constitution.  This case and *Christian Medical* arise from the same event or happening, namely, the passage of EOLOA and subsequent amendment to the law through Senate Bill 380 ("SB 380").

This case is also related to *Christian Medical* because both cases call for the determination of "substantially related" questions of law and fact.  Both cases challenge the constitutionality of EOLOA (as amended by SB 380), which authorizes physician-assisted suicide in California for people with terminal disabilities.  Plaintiffs in this case challenge EOLOA as violative of the Equal Protection Clause and the Due Process Clause of the Fourteenth Amendment.  *See* Compl. *United Spinal* (Apr. 25, 2023), ECF No. 1  ¶¶ 187-200 ("*United Spinal* Compl.").  Similarly, Plaintiffs in *Christian Medical* assert equal protection and due process challenges to EOLOA provisions that govern the conduct of physicians who do not wish to participate in physician-assisted suicide.  *Christian Medical* (Feb. 22,

2022), ECF No. 1 ¶¶ 104-127 ("*Christian Medical* Compl."). Plaintiffs in both this case and *Christian Medical* seek declaratory and injunctive relief through orders enjoining defendants from enforcing some or all of EOLOA. *Compare United Spinal* Compl. at 91 (prayer for relief), *with Christian Medical* Compl. at 28 (prayer for relief). Additionally, both cases include several of the same state officials as defendants, including the California Attorney General, the Director of the California Department of Public Health, and the President of the Medical Board of California.

Finally, because *United Spinal* and *Christian Medical* both include due process and equal protection challenges to EOLOA against several of the same defendants and seek overlapping relief, assigning this case to Judge Aenlle-Rocha instead of requiring another judge to invest time and resources to decide the constitutionality of EOLOA (as amended) would likely save judicial effort, avoid a substantial duplication of labor, and promote uniformity within the district. Relating these two cases would avoid the risk of different judges issuing potentially conflicting orders regarding the constitutionality of EOLOA or conflicting or duplicative remedial injunctions.

Plaintiffs respectfully request that *United Spinal* be related to *Christian Medical*.

DATED: April 25, 2023

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael W. Bien*
    Michael W. Bien

Attorneys for Plaintiffs