ROB BONTA
Attorney General of California
EDWARD KIM, State Bar No. 195729
DARRELL W. SPENCE, State Bar No. 248011
Supervising Deputy Attorneys General
MARSHA E. BARR-FERNANDEZ, State Bar No. 200896
CHRISTINE FRIAR WALTON, State Bar No. 228421
KEVIN L. QUADE, State Bar No. 285197
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7693
 Fax: (916) 324-5567
 E-mail: Kevin.Quade@doj.ca.gov
         Christine.Walton@doj.ca.gov
         Marsha.BarrFernandez@doj.ca.gov
*Attorneys for the State Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED SPINAL ASSOCIATION; NOT DEAD YET; INSTITUTE FOR PATIENTS' RIGHTS; COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE; LONNIE VANHOOK; and INGRID TISCHER,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; GAVIN NEWSOM, in his official capacity as Governor; ROBERT BONTA in his official capacity as Attorney General; CALIFORNIA DEPARTMENT OF PUBLIC HEALTH; TOMÁS J. ARAGÓN, in his official capacity as Director and State Public Health Officer; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; MICHELLE BAASS, in her official capacity as Director; MENTAL HEALTH SERVICES OVERSIGHT AND ACCOUNTABILITY COMMISSION; MARA** | 2:23-cv-03107-FLA (GJSx)<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE FOR ALL DEFENDANTS AND SET BRIEFING SCHEDULE FOR RULE 12(b) MOTION**<br><br>Courtroom: 6B<br>Judge: The Honorable Fernando L. Aenlle-Rocha<br><br>Action Filed: April 25, 2023 |

1

|   |   |
|---|---|
| 1 | MADRIGAL-WEISS, in her official capacity as Chair; **MEDICAL** |
| 2 | **BOARD OF CALIFORNIA;** **KRISTINA D. LAWSON**, in her |
| 3 | official capacity as President; **DISTRICT ATTORNEY'S OFFICE** |
| 4 | **FOR LOS ANGELES COUNTY;** **GEORGE GASCÓN**, in his official |
| 5 | capacity as District Attorney; and **DOES 1 through 20, inclusive,** |
| 6 |   |
| 7 | Defendants. |

## STIPULATION

Plaintiffs United Spinal Association; Not Dead Yet; Institute for Patients' Rights; Communities Actively Living Independent and Free; Lonnie VanHook; and Ingrid Tischer, and Defendants State of California; Gavin Newsom, in his official capacity as Governor of California; Rob Bonta in his official capacity as Attorney General of California; California Department of Public Health; Tomás J. Aragón, in his official capacity as Director of the California Department of Public Health and State Public Health Officer; California Department of Health Care Services; Michelle Baass, in her official capacity as Director of the California Department of Health Care Services; Mental Health Services Oversight and Accountability Commission; Mara Madrigal-Weiss, in her official capacity as Chair of the Mental Health Services Oversight and Accountability Commission; Medical Board of California; Kristina D. Lawson, in her official capacity as President of the Medical Board of California; County of Los Angeles, erroneously sued as "District Attorney's Office of Los Angeles County"; and George Gascón, in his official capacity as District Attorney of Los Angeles County, by and through their counsels, hereby stipulate to a deadline of July 21, 2023, for all Defendants to file a response to the complaint.

This stipulation promotes judicial economy by allowing the parties additional time to engage in discussions so as to potentially narrow the issues and claims in

1  this action. Additionally, as this action involves novel issues of constitutional and
2  federal discrimination law, and may impact the rights of Californians statewide, the
3  stipulated extension of time to respond to the complaint allows counsel for the
4  Defendants sufficient time to confer with the many Defendant entities and officials
5  in this case regarding important litigation decisions.
6      Should Defendants file a motion to dismiss pursuant to Rule 12(b) in response
7  to the complaint, the parties, by and through their counsels, hereby additionally
8  stipulate to a deadline of August 18, 2023, for Plaintiffs' opposition. The parties
9  further stipulate to a deadline on September 8, 2023, for Defendants' reply to
10 Plaintiffs' opposition.
11     This stipulated extension of the responsive pleading deadline and briefing
12 schedule does not constitute a waiver of any claim, right, or defense. The requested
13 extension will not affect any of the other dates set in the case.
14 ///
15 ///
16 ///

| | | |
|---|---|---|
| 1 | Dated: May 12, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | EDWARD KIM |
| | | DARRELL W. SPENCE |
| 4 | | Supervising Deputy Attorneys General |
| 5 | | |
| 6 | | /s/ *Kevin L. Quade* |
| | | KEVIN L. QUADE |
| | | CHRISTINE FRIAR WALTON |
| 7 | | MARSHA E. BARR-FERNANDEZ |
| | | Deputy Attorneys General |
| 8 | | *Attorneys for State Defendants* |
| 9 | | |
| 10 | | COLLINS + COLLINS LLP |
| 11 | | |
| 12 | | /s/ *Robert R. Yap* |
| | | ROBERT R. YAP |
| | | TOMAS A. GUTERRES |
| 13 | | *Attorneys for Defendants County of Los Angeles, erroneously sued as* |
| 14 | | *"District Attorney's Office of Los Angeles County," and George Gascón,* |
| 15 | | *in his official capacity as District Attorney of Los Angeles County* |
| 16 | | |
| 17 | | |
| 18 | | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 19 | | |
| 20 | | /s/ *Van Swearingen* |
| | | VAN SWEARINGEN |
| | | MICHAEL W. BIEN |
| 21 | | KARA J. JANSSEN |
| | | MICHAEL S. NUNEZ |
| 22 | | *Attorneys for Plaintiffs* |

4

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 12, 2023                                            */s/ Kevin L. Quade*

                                                          Kevin L. Quade
*Attorney for the State Defendants*

# CERTIFICATE OF SERVICE

Case Name:  **United Spinal Association, et al. v State of California, et al.**   No.   **2:23-cv-03107-FLA (GJSx)**

I hereby certify that on May 12, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE FOR ALL DEFENDANTS AND SET BRIEFING SCHEDULE FOR RULE 12(b) MOTION**

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE FOR ALL DEFENDANTS AND SETTING BRIEFING SCHEDULE FOR RULE 12(b) MOTION [DKT. 15]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 12, 2023, at Sacramento, California.

| Kevin L. Quade | /s/ *Kevin L. Quade* |
|---|---|
| Declarant | Signature |