1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED SPINAL ASSOCIATION; NOT DEAD YET; INSTITUTE FOR PATIENTS' RIGHTS; COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE; LONNIE VANHOOK; and INGRID TISCHER,<br><br>                    Plaintiffs,<br><br>          v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, in his official capacity as Governor; ROBERT BONTA in his official capacity as Attorney General; CALIFORNIA DEPARTMENT OF PUBLIC HEALTH; TOMÁS J. ARAGÓN, in his official capacity as Director and State Public Health Officer; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; MICHELLE BAASS, in her official capacity as Director; MENTAL HEALTH SERVICES OVERSIGHT AND ACCOUNTABILITY COMMISSION; MARA MADRIGAL-WEISS, in her official capacity as Chair; MEDICAL BOARD OF CALIFORNIA; | Case No. 2:23-cv-03107-FLA (GJSx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE FOR ALL DEFENDANTS AND SETTING BRIEFING SCHEDULE FOR RULE 12(b) MOTION [DKT. 15]** |
|---|---|

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KRISTINA D. LAWSON, in her official capacity as President; DISTRICT ATTORNEY'S OFFICE FOR LOS ANGELES COUNTY; GEORGE GASCÓN, in his official capacity as District Attorney; and DOES 1 through 20, inclusive,<br>                    Defendants. |

On May 12, 2023, the Parties filed a Stipulation to extend the deadline for all Defendants to file a response to the Complaint to July 21, 2023. Dkt. 15. This Stipulation was agreed upon to allow the Parties to engage in additional discussions, as well as to allow Defendants sufficient time to consider and discuss important decisions concerning this litigation.

The Parties' Stipulation also agrees that, should Defendants file a Motion to Dismiss pursuant to Rule 12(b) in response to the Complaint, the deadline for Plaintiffs' opposition would be August 18, 2023. The deadline for Defendants' reply to Plaintiffs' opposition would be September 8, 2023. The Stipulation does not constitute a waiver of any claim, right, or defense.

The court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' deadline to file a response to the Complaint is extended to July 21, 2023;
2. Should Defendants file a Motion to Dismiss pursuant to Rule 12(b) in response to the Complaint, Plaintiffs' opposition to Defendants' Motion to Dismiss is due August 18, 2023; and

///

///

///

3. Should Defendants file a Motion to Dismiss pursuant to Rule 12(b) in response to the Complaint, Defendants' reply to Plaintiffs' opposition is due September 8, 2023.

IT IS SO ORDERED.

Dated: May 16, 2023

　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　United States District Judge

3