ROB BONTA
Attorney General of California
EDWARD KIM, State Bar No. 195729
DARRELL W. SPENCE, State Bar No. 248011
Supervising Deputy Attorneys General
MARSHA E. BARR-FERNANDEZ, State Bar No. 200896
CHRISTINE FRIAR WALTON, State Bar No. 228421
KEVIN L. QUADE, State Bar No. 285197
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7693
  Fax: (916) 324-5567
  E-mail: Kevin.Quade@doj.ca.gov
          Christine.Walton@doj.ca.gov
          Marsha.BarrFernandez@doj.ca.gov
*Attorneys for the State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED SPINAL ASSOCIATION; NOT DEAD YET; INSTITUTE FOR PATIENTS' RIGHTS; COMMUNITIES ACTIVELY LIVING INDEPENDENT AND FREE; LONNIE VANHOOK; INGRID TISCHER,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**STATE OF CALIFORNIA; GAVIN NEWSOM, in his official capacity as Governor; ROBERT BONTA in his official capacity as Attorney General; CALIFORNIA DEPARTMENT OF PUBLIC HEALTH; TOMÁS J. ARAGÓN, in his official capacity as Director and State Public Health Officer; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; MICHELLE BAASS, in her official capacity as Director; MENTAL HEALTH SERVICES OVERSIGHT AND ACCOUNTABILITY COMMISSION; MARA** | 2:23-cv-03107-FLA (GJSx)<br><br>**STATE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:         September 22, 2023<br>Time:         1:30 p.m.<br>Courtroom:    Courtroom 6<br>Judge:        The Honorable Fernando L. Aenlle-Rocha<br>Trial Date:   n/a<br>Action Filed: April 25, 2023 |

1

1   **MADRIGAL-WEISS, in her official
2   capacity as Chair; MEDICAL
    BOARD OF CALIFORNIA;
3   KRISTINA D. LAWSON, in her
    official capacity as President;
4   DISTRICT ATTORNEY'S OFFICE
    FOR LOS ANGELES COUNTY;
5   GEORGE GASCON, in his official
    capacity as District Attorney; and
6   DOES 1 through 20, inclusive,**

7                                        Defendants.

8

9          PLEASE TAKE NOTICE that on September 22, 2023, at 1:30 p.m., or as soon

10   thereafter as the matter may be heard before the Honorable Fernando L. Aenlle-

11   Rocha, in the United States District Court for the Central District of California,

12   Courtroom 6B—6th Floor, located at the First Street Courthouse, 350 W. 1st Street,

13   Los Angeles, California, Defendants State of California; Gavin Newsom, in his

14   official capacity as Governor of California; Rob Bonta in his official capacity as

15   Attorney General of California; California Department of Public Health; Tomás J.

16   Aragón, in his official capacity as Director of the California Department of Public

17   Health and State Public Health Officer; California Department of Health Care

18   Services; Michelle Baass, in her official capacity as Director of the California

19   Department of Health Care Services; Mental Health Services Oversight and

20   Accountability Commission; Mara Madrigal-Weiss, in her official capacity as Chair

21   of the Mental Health Services Oversight and Accountability Commission; Medical

22   Board of California; and Kristina D. Lawson, in her official capacity as President of

23   the Medical Board of California (collectively, State Defendants), will and hereby do

24   move the Court to dismiss this action under Federal Rules of Civil Procedure

25   12(b)(1) and (6).

26          This Motion seeks dismissal of the Complaint against State Defendants on the

27   following grounds:

28

(1) The individual-patient Plaintiffs lack standing because they cannot demonstrate a concrete, non-speculative injury in fact that is fairly traceable to any conduct of the State Defendants;

(2) The organizational Plaintiffs lack direct standing because California's End of Life Option Act (EOLOA or Act) does not impede, restrict, or otherwise frustrate these Plaintiffs' ability to pursue their organizational mission and, thus, any alleged injury flowing from diversion of resources to counteract the EOLOA was self-inflicted and not fairly traceable to any conduct of the State Defendants.  The organizational Plaintiffs, to the extent they have members, also lack associational standing because their members, like the individual-patient Plaintiffs, cannot demonstrate a concrete, non-speculative injury in fact.

(3) Plaintiffs' constitutional claims against Defendants Newsom, Aragón, and Madrigal-Weiss are barred by California's immunity under the Eleventh Amendment because these public officials do not have the type of direct connection to the EOLOA's process that permits liability.

(4) Plaintiffs fail to state a claim for facial violation of Title II of the Americans with Disabilities Act because they cannot demonstrate that the EOLOA, in any application, let alone all applications, disadvantages and discriminates against terminally ill disabled persons.

(5) Plaintiffs fail to state a claim for facial violation of Section 504 of the Rehabilitation Act because they cannot demonstrate that the EOLOA, in any application, let alone all applications, disadvantages and discriminates against terminally ill disabled persons.

(6) Plaintiffs fail to state a claim for facial violation of the Fourteenth Amendment's Equal Protection Clause because terminally ill patients eligible for aid in dying under the EOLOA are not similarly situated to Plaintiffs' other comparative classification and, in any event, differential treatment under the Act

1  does not burden any fundamental right and is rationally related to important state
2  interests.

3      (7) Plaintiffs fail to state a claim for facial violation of the Fourteenth
4  Amendment's Due Process Clause because they cannot demonstrate that all
5  applications of the EOLOA involve an involuntary decision by the patient.  To the
6  contrary, the Legislature drafted the Act to specifically ensure that a patient's
7  voluntary consent is confirmed at each step of the process.

8      This Motion is based on this Notice of Motion and Motion, the concurrently
9  filed Memorandum of Points and Authorities, the pleadings and papers filed in this
10  matter, and the arguments of counsel at the time of the hearing.

11      This Motion is made following the conference of counsel pursuant to L.R. 7-3
12  which took place on July 13, 2023.  At the conference, the parties discussed the
13  State Defendants' grounds for seeking dismissal.  Plaintiffs stated their
14  disagreement with those arguments and intent to oppose the instant Motion.

15

16  Dated:  July 20, 2023                    Respectfully submitted,

17                                           ROB BONTA
                                             Attorney General of California
18                                           EDWARD KIM
                                             DARRELL W. SPENCE
19                                           Supervising Deputy Attorneys General

20

21

22                                           KEVIN L. QUADE
                                             CHRISTINE FRIAR WALTON
23                                           MARSHA E. BARR-FERNANDEZ
                                             Deputy Attorneys General
24                                           *Attorneys for the State Defendants*

25

26

27

28