# CERTIFICATE OF SERVICE

| Case Name: | **United Spinal Association, et al. v State of California, et al.** | No. | **2:23-cv-03107-FLA (GJSx)** |
|---|---|---|---|

I hereby certify that on <u>July 20, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**[PROPOSED] ORDER GRANTING STATE DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE [DKT. 20]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 20, 2023</u>, at Sacramento, California.

| Kevin L. Quade | */s/ Kevin L. Quade* |
|---|---|
| Declarant | Signature |