1  JOHN KAPPOS (Cal. S.B. #171977)
   jkappos@omm.com
2  O'MELVENY & MYERS LLP
3  2801 North Harwood Street, Ste. 1600
   Dallas, Texas 75201
4  Telephone: (972) 360-1900
   Facsimile: (972) 360-1901
5
6  JEFFREY L. FISHER (Cal. S.B. #140002)
   jlfisher@omm.com
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, CA 94025
   Telephone: (650) 473-2633
9  Facsimile: (650) 473-2601
10
11 KEVIN DÍAZ (*pro hac vice*)
   kdiaz@compassionandchoices.org
12 JESSICA PEZLEY (*pro hac vice*)
   jpezley@compassionandchoices.org
13 COMPASSION & CHOICES
   520 SW 6th Avenue, Ste. 1205
14 Portland, OR 97204
   Telephone: (503) 943-6532
15

*Attorneys for Intervenors*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPINAL ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 2:23-cv-03107-FLA (GJSx)<br><br>**REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B<br>Trial Date: None Set<br>Action Filed: April 25, 2023 |

   Proposed Intervenors Lambert ("Burt") Bassler, Judith Coburn, Peter Sussman, Chandana Banerjee, MD, MPH, HMDC, FAAHPM, Catherine Sonquist Forest MD, MPH, FAAFP, and Compassion & Choices Action Network (CCAN) (together, "Intervenors") submit this request under Local Rule 83-9.2.  Pending before the Court for 122 days is Intervenors' Motion to Intervene ("Motion") (Dkt. 45).  The last brief regarding that Motion was filed October 27, 2023 (Dkt. 58).  On November 28, 2023, the Court took oral argument off calendar and placed the Motion under submission (Dkt. 60).  The parties have not been notified of any decision on the Motion.

   On February 20, 2024, Intervenors contacted counsel for all parties to advise of this Local Rule 83-9.2 request, which shall be filed by "all counsel" as "a joint request."  Counsel for United Spinal Association, Not Dead Yet, Institute for Patients' Rights, Communities Actively Living Independent and Free, Lonnie Vanhook, and Ingrid Tischer (together, "Plaintiffs") indicated that Plaintiffs do not oppose this request, but do not join.  Counsel for the State of California, Gavin Newsom, Robert Bonta, California Department of Public Health, Tomás J. Aragon, California Department of Health Care Services, Michelle Baass, Mental Health Services Oversight and Accountability Commission, Mara Madrigal Weiss, Medical Board of California, and Kristina D. Lawson (together, "State Defendants"), and Counsel for the County of Los Angeles and George Gascón (together, "County Defendants"), have indicated that State Defendants and County Defendants take no position on this request.

   Accordingly, Intervenors request that a decision be made on Intervenors' Motion.

   Pursuant to Local Rule 83-9.2, a copy of this request shall be sent to the Chief Judge.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  February 26, 2024 | /s/ John Kappos |
| 3 | | O'MELVENY & MYERS LLP |
| | | John Kappos (SBN 171977) |
| 4 | | jkappos@omm.com |
| 5 | | 2801 North Harwood Street, Ste. 1600 |
| | | Dallas, TX 75201 |
| 6 | | Telephone: (972) 360-1900 |
| 7 | | Facsimile: (972) 360-1901 |
| 8 | | COMPASSION & CHOICES |
| 9 | | Kevin Díaz (*pro hac vice*) |
| | | kdiaz@compassionandchoices.org |
| 10 | | Jessica Pezley (*pro hac vice*) |
| 11 | | jpezley@compassionandchoices.org |
| | | 520 SW 6th Avenue, Ste. 1205 |
| 12 | | Portland, OR 97204 |
| 13 | | Telephone: (503) 943-6532 |
| 14 | | *Attorneys for Intervenors* |

2