1  JOHN KAPPOS (Cal. S.B. #171977)
   jkappos@omm.com
2  O'MELVENY & MYERS LLP
3  2801 North Harwood Street, Ste. 1600
   Dallas, Texas 75201
4  Telephone: (972) 360-1900
   Facsimile: (972) 360-1901
5
6  JEFFREY L. FISHER (Cal. S.B. #140002)
   jlfisher@omm.com
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, CA 94025
   Telephone: (650) 473-2633
9  Facsimile: (650) 473-2601

10
   KEVIN DÍAZ (*pro hac vice*)
11 kdiaz@compassionandchoices.org
   JESSICA PEZLEY (*pro hac vice*)
12 jpezley@compassionandchoices.org
   COMPASSION & CHOICES
13 520 SW 6th Avenue, Ste. 1205
   Portland, OR 97204
14 Telephone: (503) 943-6532

15
   *Attorneys for Intervenors*
16

17                 **UNITED STATES DISTRICT COURT**
18                **CENTRAL DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| UNITED SPINAL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 2:23-cv-03107-FLA (GJSx) <br><br> **REQUEST FOR INTENDED DECISION DATE PURSUANT TO LOCAL RULE 83-9.4** <br><br> Judge: Hon. Fernando L. Aenlle-Rocha <br> Courtroom: 6B <br> Trial Date: None Set <br> Action Filed: April 25, 2023 |

| | |
|---|---|
| 1 | Proposed Intervenors Lambert ("Burt") Bassler, Judith Coburn, Peter |
| 2 | Sussman, Chandana Banerjee, MD, MPH, HMDC, FAAHPM, Catherine Sonquist |
| 3 | Forest MD, MPH, FAAFP, and Compassion & Choices Action Network (CCAN) |
| 4 | (together, "Intervenors") submit this request under Local Rule 83-9.4 for an |
| 5 | intended decision date as to their Motion to Intervene ("Motion") (Dkt. 45). |
| 6 | Intervenors filed a Request for Decision pursuant to Local Rule 83-9.2 on |
| 7 | February 26, 2024 (Dkt. 71), when the Motion was pending before the Court for |
| 8 | 122 days.  Because the Court has not made its decision "within 30 days after filing |
| 9 | of [the] request," nor "advise[d] the parties in writing of the date by which the |
| 10 | decision will be made" (L.R. 83-9.3), Intervenors file this request to establish an |
| 11 | intended decision date. |
| 12 | Intervenors have contacted counsel for all parties, who have all indicated that |
| 13 | they take no position as to this request.  Pursuant to Local Rule 83-9.4, this request |
| 14 | is filed with the Chief Judge and a copy is filed in this case. |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 27, 2024 | /s/ *John Kappos* |
| 3 | | O'MELVENY & MYERS LLP |
| | | John Kappos (SBN 171977) |
| 4 | | jkappos@omm.com |
| 5 | | 2801 North Harwood Street, Ste. 1600 |
| | | Dallas, TX 75201 |
| 6 | | Telephone: (972) 360-1900 |
| 7 | | Facsimile: (972) 360-1901 |
| 8 | | COMPASSION & CHOICES |
| 9 | | Kevin Díaz (*pro hac vice*) |
| | | kdiaz@compassionandchoices.org |
| 10 | | Jessica Pezley (*pro hac vice*) |
| 11 | | jpezley@compassionandchoices.org |
| | | 520 SW 6th Avenue, Ste. 1205 |
| 12 | | Portland, OR 97204 |
| 13 | | Telephone: (503) 943-6532 |
| 14 | | *Attorneys for Intervenors* |